UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREA COCHRAN | No. 2:25-cr-00 |

## INFORMATION

The Acting United States Attorney charges:

### GENERAL ALLEGATIONS

*Introduction*

At all times relevant to this Information:

1. Credit Union 1 ("CU-1") was a financial institution whose deposits were insured by the National Credit Union Share Insurance Fund through the National Credit Union Administration.

2. Victim A-1 maintained accounts at CU-1.

3. Defendant **ANDREA COCHRAN** was not authorized to access Victim A-1's accounts at CU-1.

*The Scheme and Artifice to Defraud*

4. On about June 20, 2024, defendant **ANDREA COCHRAN** entered a CU-1 branch in Westbrook, Maine and withdrew money from Victim A-1's accounts in two transactions.

5. On about that same date, **ANDREA COCHRAN** entered a CU-1 branch in Portland, Maine and withdrew money from Victim A-1's accounts in two transactions.

6. At each branch, **ANDREA COCHRAN** presented an instrument

1

purporting to be a United States passport card bearing an image of **ANDREA COCHRAN** and the name and date of birth of Victim A-1 as a means and form of identification.

7. At the CU-1 branch in Westbrook, **ANDREA COCHRAN** also provided Victim A-1's social security number and signed for each withdrawal, forging a signature purporting to be Victim A-1's signature.

8. **ANDREA COCHRAN** thereby identified and attempted to identify herself as Victim A-1, an individual authorized to access Victim A-1's accounts.

## COUNT ONE
(Bank Fraud)

9. Paragraphs 1 through 8 of this Information are re-alleged and incorporated by reference.

10. On about June 20, 2024, in the District of Maine, the defendant

**ANDREA COCHRAN**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud a financial institution and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, CU-1, by means of materially false and fraudulent pretenses, representations, and promises. Specifically, at the CU-1 branch in Westbrook, Maine, the defendant presented an instrument purporting to be a United States passport card bearing Victim A-1's name and date of birth and social security number as forms of identification to CU-1 to withdraw and attempt to withdraw money from Victim A-1's accounts.

All in violation of Title 18, United States Code, Section 1344.

## COUNT TWO
(False Use of a Passport)

11. Paragraphs 1 through 8 of this Information are re-alleged and incorporated by reference.

12. On about June 20, 2024, in the District of Maine, the defendant

### ANDREA COCHRAN

willfully and knowingly used and attempted to use a false, forged, counterfeited, and altered passport and instrument purporting to be a passport. Specifically, at the CU-1 branch in Westbrook, Maine, the defendant presented an instrument purporting to be a United States passport card bearing Victim A-1's name and date of birth as a form of identification to CU-1.

All in violation of Title 18, United States Code, Section 1543.

## COUNT THREE
(Aggravated Identity Theft)

13. Paragraphs 1 through 8 of this Information are re-alleged and incorporated by reference.

14. On about June 20, 2024, in the District of Maine, the defendant

### ANDREA COCHRAN

knowingly possessed and used, without lawful authority, a means of identification of Victim A-1 during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, bank fraud in violation of Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person. Specifically, at the CU-1 branch in Westbrook, Maine, the defendant possessed and used, without lawful authority, Victim A-1's name, date of birth, and social security number and forged Victim 1's signature to withdraw and attempt to

withdraw money from Victim A-1's accounts.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 1028A(b).

## FORFEITURE NOTICE

15. Upon conviction of the offense in violation of Title 18, United States Code, Section 1543, set forth in Count Two of this Information, the defendant

**ANDREA COCHRAN**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii), any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense and any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense including, but not limited to:

a. The instrument purporting to be a United States passport card bearing an image of the defendant and the name and date of birth of Victim A-1.

All pursuant to Title 18, United States Code, Section 982(a)(6).

Dated: August 19, 2025         Craig M. Wolff
                               Acting United States Attorney

                         BY:   /s/ Nicholas Heimbach
                               Nicholas Heimbach
                               Assistant United States Attorney
                               United States Attorney's Office
                               100 Middle Street, East Tower, 6th Floor
                               Portland, Maine 04101
                               (207) 780-3257
                               Nicholas.Heimbach@usdoj.gov