**<u>Synopsis</u>**

| | |
|---|---|
| **Name:** | Andrea Cochran |
| **Address:**<br>**(City & State Only)** | Houston, Texas |
| **Year of Birth and Age:** | 1973, 51 years old |
| **Violations:** | **Count 1:** Bank Fraud. *See* 18 U.S.C. § 1344. This is a Class B felony. *See* 18 U.S.C. § 3559(a)(2).<br><br>**Count 2:** False Use of a Passport. *See* 18 U.S.C. § 1543. This is a Class C felony. *See* 18 U.S.C. § 3559(a)(3).<br><br>**Count 3:** Aggravated Identity Theft. *See* 18 U.S.C. §§ 1028A(a)(1) and 1028A(b). |
| **Penalties:** | **Count 1:** Not more than 30 years of imprisonment, a fine of $1 million, or both. *See* 18 U.S.C. § 1344.<br><br>**Count 2:** Not more than 10 years of imprisonment, a fine of $250,000, or both. *See* 18 U.S.C. §§ 1543 and 3571(b)(3).<br><br>**Count 3:** 2 years of imprisonment consecutive to any other sentence imposed and a fine of up to $250,000. *See* 18 U.S.C. §§ 1028A(a)(1), 1028A(b)(2), and 3571(b)(3). |
| **Supervised Release:** | **Count 1:** Not more than 5 years. *See* 18 U.S.C. § 3583(b)(1).<br><br>**Count 2:** Not more than 3 years. *See* 18 U.S.C. § 3583(b)(2).<br><br>**Count 3:** Not more than 1 year. *See* 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than 3 years of imprisonment. *See* 18 U.S.C. § 3583(e).<br><br>**Count 2:** Not more than 2 years of imprisonment. *See* 18 U.S.C. § 3583(e). |

| | |
|---|---|
| | **Count 3:** Not more than 1 year of imprisonment. *See* 18 U.S.C. § 3583(e). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Up to 5 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>**Count 2:** Up to 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>**Count 3:** Up to 1 year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Matthew Crockett, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DSS- S/A Isaac Oransky |
| **Detention Status:** | Federal custody. Notice to counsel. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland County |
| **AUSA:** | Nicholas Heimbach |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | **Counts 1-3**: $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |