OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Eric M. Storms, Acting Clerk**



| Edward T. Gignoux U.S. Courthouse | Margaret Chase Smith Federal |
| 156 Federal Street | Building and U.S. Courthouse |
| Portland, Maine 04101 | 202 Harlow Street |
| (207) 780-3356 | Bangor, Maine 04401 |
| | (207) 945-0575 |

August 20, 2025

MATTHEW A. CROCKETT
LAW OFFICE OF MATTHEW CROCKETT
92 AUBURN STREET
SUITE J #124
PORTLAND, ME 04103

RE:   USA v. ANDREA COCHRAN
      Criminal No. 2:25-cr-00120-LEW
      Magistrate No. 2:24-mj-00208-KFW

Dear Mr. Crockett:

This matter has been scheduled for a waiver of indictment and arraignment before the Honorable, Lance E. Walker. The proceeding will take place in Courtroom No. 1 at the U.S. District Court, located at 156 Federal Street, Portland, Maine at 11:00am on August 28, 2025.

You must contact the U. S. Probation Office in Portland at (207) 780-3358 immediately to schedule an interview for your client prior to your appearance in court. The information requested will determine your client's eligibility for release on bail pending further proceedings.

The defendant will be required to identify every prescription medication (s)he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judge's refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose.

The court is aware that you are acting as court appointed counsel.

Sincerely,

ERIC M. STORMS, ACTING CLERK

By /s/ Charity Pelletier
   Deputy Clerk

cc:   Nicholas Heimbach, AUSA
      U.S. Marshal Service
      U.S. Probation Office