# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:25-cr-00120-LEW** |
| | ) | |
| **ANDREA COCHRAN** | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO PARTICIPATE IN THE THERAPEUTIC COMMUNITY PROGRAM

Defendant Andrea Cochran, by and through counsel, moves this Honorable Court to issue an order recommending her participation in the Therapeutic Community ("TC") Program at the Strafford County Jail.  In support of this motion the Defendant states as follows:

1. In this matter, Ms. Cochran pleaded guilty to all charges in the Complaint and awaits sentencing on her pleas to Bank Fraud, False Use of a Passport, and Aggravated Identity Theft.

2. Ms. Cochran is detained at the Somerset County Jail.

3. Ms. Cochran would like to participate in the Therapeutic Community Program in the Strafford County jail to address his substance use history and related circumstances.

4. It is the TC Program's policy to prioritize individuals who receive an order from the court to participate in the program.

5. As such, Ms. Cochran respectfully requests this Court to issue an order recommending her participation in the Therapeutic Community Program at the Strafford County Jail.

6. The Government does not oppose this Motion.

1

Dated:  October 15, 2025                    Respectfully submitted,

                                            /s/Matthew A Crockett, Esq.
                                            Attorney for Defendant
                                            Maine Bar #: 005505
                                            91 Auburn Street, Suite J#1214
                                            Portland, Me 04103
                                            207-200-5859
                                            matthew@mcrockettlaw.com


## CERTIFICATE OF SERVICE


I hereby certify that I have this day electronically filed the foregoing **Motion to Participate in the Therapeutic Community Program** with the Clerk of Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Noah Falk via email.


Dated:  October 15, 2025                    /s/ Matthew A. Crockett, Esq.
                                            Attorney for Defendant